JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Teddy Tedder,<br><br>          Plaintiff,<br><br>v.<br><br>TD Bank, N.A.,<br><br>          Defendant. | Case No. 2:24-cv-04765-AB-SK<br><br>**ORDER DISMISSING CIVIL ACTION** |

    The Court has been advised that this action has been settled.

    The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **35 days,** to re-open the action if the settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  August 9, 2024

                                 ANDRÉ BIROTTE JR.
                                 UNITED STATES DISTRICT JUDGE